## No. 15,929.

SIMPSON ET AL. *v.* GONZALES.
(185 P. [2d] 782)

Decided September 29, 1947.

PER CURIAM.

Judgment affirmed en banc without written opinion.

Mr. MERLE M. MARSHALL, for plaintiffs in error.

No appearance for defendant in error.